# EXHIBIT A-1

## Balance Sheet for Controlled Non-Debtor Entities as of December 31, 2022

Virgin Orbit Holdings, Inc., et al.
Case No. 23-10405 (KBO)

**Exhibit A-1: Balance Sheet**
As of December 31, 2022
($ in thousands of US Dollars)

| | Ground Station Mexico S.A. de C.V. | Virgin Orbit UK Limited | Virgin Orbit Brasil Limitada |
|---|---|---|---|
| **Assets** | | | |
| Current assets | | | |
| Cash and cash equivalents | $ 13 | $ 3,144 | $ 4 |
| Due from related party | 5 | - | - |
| Prepaid expenses and other current assets | - | 1,731 | - |
| Total current assets | 18 | 4,876 | 4 |
| Property, plant and equipment, net | - | 438 | - |
| Right-of-use assets | - | - | - |
| Investments | - | - | - |
| Other non-current assets | 2 | 8 | - |
| **Total Assets** | **$ 20** | **$ 5,321** | **$ 4** |
| **Liabilities and Stockholders' Equity (Deficit)** | | | |
| Current liabilities | | | |
| Accounts payable | $ - | $ 55 | $ - |
| Accrued liabilities | 2 | 11 | 0 |
| Due to related party | - | 3,559 | - |
| Total current liabilities | 2 | 3,625 | 0 |
| Deferred revenue, net of current portion | - | 1,679 | - |
| **Total liabilities** | 2 | 5,303 | 0 |
| Stockholders' deficit | | | |
| Common stock | 25 | 0 | 18 |
| Additional paid-in capital | 1 | - | - |
| Accumulated deficit | (7) | 19 | (14) |
| Accumulated other comprehensive income | - | (1) | (0) |
| **Total stockholders' equity** | 19 | 18 | 3 |
| **Total liabilities and stockholders' equity** | **$ 20** | **$ 5,321** | **$ 4** |

**EXHIBIT A-2**

**Income Statement for Controlled Non-Debtor Entities as of December 31, 2022**

Virgin Orbit Holdings, Inc., et al.
Case No. 23-10405 (KBO)

**Exhibit A-2: Statement of Income (Loss)**
Year-to-Date As of December 31, 2022
($ in thousands of US Dollars)

| | Ground Station Mexico S.A. de C.V. | Virgin Orbit UK Limited | Virgin Orbit Brasil Limitada |
|---|---|---|---|
| Revenue | $ - | $ 366 | $ - |
| Costs of revenue | - | 200 | - |
| Gross profit (loss) | - | 166 | - |
| Selling, general and administrative expenses | 2 | 222 | 14 |
| Research and development expenses | - | - | - |
| Operating loss | (2) | (56) | (14) |
| Other income, net | 6 | 80 | 0 |
| Loss before income taxes | 4 | 23 | (14) |
| Provision for income taxes | 1 | 5 | - |
| Net gain / (loss) | 3 | 19 | (14) |
| Other comprehensive gain / (loss) | | | |
| Foreign currency translation adjustment | (0) | (1) | (0) |
| **Total comprehensive gain / (loss)** | **$ 3** | **$ 18** | **$ (14)** |

# EXHIBIT A-3

## Statement of Cash Flows for the Controlled Non-Debtor Entities

Virgin Orbit Holdings, Inc., et al.
Case No. 23-10405 (KBO)

**Exhibit A-3: Statement of Cash Flows**
Year-to-Date As of December 31, 2022
($ in thousands of US Dollars)

| | Ground Station Mexico S.A. de C.V. | Virgin Orbit UK Limited | Virgin Orbit Brasil Limitada |
|---|---|---|---|
| **CASH PROVIDED BY OPERATING ACTIVITIES:** | | | |
| Net gain / (loss) | $ 3 | $ 18 | $ (14) |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | - | 135 | - |
| Changes in operating assets and liabilities: | | | |
| Accounts receivables | - | 53 | - |
| Prepaid expense and other | - | 203 | - |
| Other assets | (1) | 9 | - |
| Due from related party | (5) | 3,559 | - |
| Due to related party | 8 | (2,140) | - |
| Accounts payable | - | (62) | - |
| Accrued liabilities | 1 | (18) | 0 |
| Deferred revenue | - | 176 | - |
| Other liabilities | 0 | - | - |
| Net cash used by operating activities | 6 | 1,933 | (14) |
| **CASH USED IN INVESTING ACTIVITIES:** | | | |
| Purchases of property and equipment | - | (573) | - |
| Net cash used in investing activities | - | (573) | - |
| **CASH USED IN FINANCING ACTIVITIES:** | | | |
| Proceeds for issuance of Common Stock from Parent Contributions | - | - | 18 |
| Net cash provided by financing activities | - | - | 18 |
| **INCREASE IN CASH AND CASH EQUIVALENTS** | 6 | 1,360 | 4 |
| CASH AND CASH EQUIVALENTS at beginning of period | 7 | 1,784 | - |
| **CASH AND CASH EQUIVALENTS at end of period** | **$ 13** | **$ 3,144** | **$ 4** |

# EXHIBIT A-4

## Statement of Changes in Shareholder/Partners' Equity (Deficit)

Virgin Orbit Holdings, Inc., et al.
Case No. 23-10405 (KBO)

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit)**
Year-to-Date As of December 31, 2022
($ in thousands of US Dollars)

| | Ground Station Mexico S.A. de C.V. | Virgin Orbit UK Limited | Virgin Orbit Brasil Limitada |
|---|---|---|---|
| **Balance at December 31, 2021** | **$ 16** | **$ 0** | **$ -** |
| Net gain / (loss) | 3 | 18 | (14) |
| Issuance of common stock due to Parent Contribution | - | - | 18 |
| Other comprehensive gain / (loss) | 0 | 0 | (0) |
| **Balance at December 31, 2022** | **$ 19** | **$ 18** | **$ 3** |

**EXHIBIT B**

**Description of Operations for the Controlled Non-Debtor Entities**

| **Name of Entity** | **Description of Operations**[1] |
|---|---|
| Ground Station Mexico S.A. de C.V. | Maintains ground station leases and infrastructure required to launch satellites from Mojave, CA. |
| Virgin Orbit UK Limited | Manages and administers government grants related to satellite launches in Cornwall, UK. |
| Virgin Orbit Brasil Limitada | Company established for future planned port operations and launches in Brazil. |

[1] All Controlled Non-Debtor Entities have no employees and *de minimis* operating activity.

# EXHIBIT C

## Description of Claims Between the Controlled Non-Debtor Entities

Not Applicable. The Controlled Non-Debtor Entities do not have any claims against any other Controlled Non-Debtor Entities.

# EXHIBIT D

## Description of How Taxes Are Allocated Between the Controlled Non-Debtor Entities and the Debtors

Not applicable. There is no allocation of taxes between or among any Controlled Non-Debtor Entities and any of the Debtors. There are no tax sharing or tax allocation agreements between any of the Controlled Non-Debtor Entities.

# EXHIBIT E

## Description of the Controlled Non-Debtor Entities' Payments of Administrative Expenses or Professional Fees Otherwise Payable by a Debtor

There are no known payments made, or obligations incurred (or claims purchased) by any Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.