IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1] : Case No. 23-10405 (KBO)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------ x

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 8, 2023 AT 2:30 P.M. (ET)

**THIS HEARING WILL BE CONDUCTED <u>ENTIRELY OVER ZOOM</u>. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO APPEAR OVER ZOOM AND ALL ZOOM PARTICIPANTS MUST <u>REGISTER IN ADVANCE</u>.**

**COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsc-urpj4uGL_q4ymoPYBD8SdhOblGPQo**

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

## MATTER GOING FORWARD

1. Motion of Debtors for Entry of an Order (A) Approving the Disclosure Statement; (B) Establishing the Voting Record Date, Voting Deadline, and Other Deadlines; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 98; 4/19/23]

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' mailing address for purposes of these cases is 3880 McGowen Street, Long Beach, CA 90808.

[2] **All amendments appear in bold.**

Related Documents:

A. Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 96; 4/19/23]

B. Disclosure Statement for Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 97; 4/19/23]

C. Notice of Disclosure Statement Hearing [Docket No. 100; 4/20/23]

D. Notice of Adjourned Matter [Docket No. 266; 5/15/23]

E. Notice of Adjourned Matter [Docket No. 358; 5/24/23]

F. Notice of Filing of (I) First Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code; (II) Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code; and (III) Blacklines Thereof [Docket No. 410; 6/6/23]

G. Notice of Filing of Revised Proposed Order (A) Approving the Disclosure Statement; (B) Establishing the Voting Record Date, Voting Deadline, and Other Deadlines; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 411; 6/6/23]

H. Debtors' Omnibus Reply in Support of Their Motion for Entry of an Order (A) Approving the Disclosure Statement; (B) Establishing the Voting Record Date, Voting Deadline, and Other Deadlines; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 412; 6/6/23]

Response Deadline: May 17, 2023 at 4:00 p.m. (ET); Extended for the Office of the United States Trustee and Official Committee of Unsecured Creditors

Objections/Informal Responses:

I. Limited Objection of the U.S. Securities and Exchange Commission to Approval of Disclosure Statement and Confirmation of the Debtors' Joint Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Docket No. 357; 5/24/23]

J. Objection of Vladimir Boyko to Disclosure Statement for Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Docket No. 380; 5/26/23]

K.     Objection of the Official Committee of Unsecured Creditors to the Disclosure Statement for Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 405; 6/2/23]

L.     Virgin Investments Limited's Joinder to Debtors' Omnibus Reply in Support of Their Motion for Entry of an Order (A) Approving the Disclosure Statement; (B) Establishing the Voting Record Date, Voting Deadline, and Other Deadlines; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 413; 6/6/23]

M.     **Response of Vladimir Boyko to Proposed Amendments to Plan and Disclosure Statement [Docket No. 420; 6/7/23]**

N.     Informal response from the Office of the United States Trustee

**Additional Documents:**

O.     **Notice of Filing of (I) Further Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code; (II) Further Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code; and (III) Blacklines Thereof [Docket No. 426; 6/8/23]**

P.     **Notice of Filing Further Revised Proposed Order (A) Approving the Disclosure Statement; (B) Establishing the Voting Record Date, Voting Deadline, and Other Deadlines; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [Docket No. 427; 6/8/23]**

Status:     This matter is going forward.

[*Signature page follows*]

| | |
|---|---|
| Dated: June 8, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Robert Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>     mnestor@ycst.com<br>     kcoyle@ycst.com<br>     amielke@ycst.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: jeff.bjork@lw.com<br><br><br>George Klidonas (admitted *pro hac vice*)<br>Anupama Yerramalli (admitted *pro hac vice*)<br>Liza L. Burton (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Emails: george.klidonas@lw.com<br>     anu.yerramalli@lw.com<br>     liza.burton@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |