# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1] | Case No. 23-10405 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Firefly Aerospace, Inc. ("Firefly") hereby appears through its counsel, Kirkland & Ellis LLP ("Kirkland & Ellis") and Pachulski Stang Ziehl & Jones LLP ("PSZ&J"). Kirkland & Ellis and PSZ&J hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. Kirkland & Ellis and PSZ&J request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules,

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' mailing address for purposes of these cases is 3880 McGowen Street, Long Beach, CA 90808.

statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Firefly through service upon Kirkland & Ellis and PSZ&J, at the addresses, and telephone and facsimile numbers set forth below:

| KIRKLAND & ELLIS LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| Ryan Blaine Bennett. P.C. | Laura Davis Jones |
| Patricia Walsh Loureiro | James E. O'Neill |
| 300 North LaSalle | 919 N. Market Street, 17th Floor |
| Chicago, IL 60654 | P.O. Box 8705 |
| Telephone: (312) 862-2000 | Wilmington, DE 19899-8705 (Courier 19801) |
| Facsimile: (312) 862-2200 | Telephone: (302) 652-4100 |
| Email: rbennett@kirkland.com | Facsimile: (302) 652-4400 |
| patricia.walsh@kirkland.com | Email: ljones@pszjlaw.com |
|  | joneill@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Firefly, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Firefly may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: June 15, 2023<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:    ljones@pszjlaw.com<br>            joneill@pszjlaw.com<br><br>- and -<br><br>KIRKLAND & ELLIS LLP<br>Ryan Blaine Bennett. P.C.<br>Patricia Walsh Loureiro<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    rbennett@kirkland.com<br>            patricia.walsh@kirkland.com<br><br>*Counsel to Firefly Aerospace, Inc.* |