# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re: : Chapter 11
:
VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1] : Case No. 23-10405 (KBO)
:
Debtors. : (Jointly Administered)
:
: **Docket Ref. No. 463**
------------------------------------------------------- x

## NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on June 20, 2023, United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 462] (the "**Disclosure Statement Order**"): (a) authorizing Virgin Orbit Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), to solicit acceptances for the *Third Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 463] (as may be modified, amended, or supplemented from time to time, the "**Plan**");[2] (b) approving the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 465] (the "**Disclosure Statement**") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the Solicitation Packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order approving the Disclosure Statement, the Debtors hereby file the following Plan Supplement exhibits (each as defined in the Plan): (a) the Assumed Contracts List; (b) a list of retained Causes of Action; (c) the identity of the Plan Administrator and the terms of compensation of the Plan Administrator; (d) the Plan Administration Agreement; (e) the identity of the Litigation Trustee and the terms of compensation of the Litigation Trustee; (f) the Litigation Trust Agreement; and (g) the Wind-Down Budget, *provided that*, through the Effective Date, the Plan Supplement and the exhibits thereto may be modified, amended, or supplemented from time to time in accordance with this Plan.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' mailing address for purposes of these cases is 3880 McGowen Street, Long Beach, CA 90808.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **July 28, 2023 at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **July 21, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "**Confirmation Objection Deadline**"). Any objection to the Plan *must*: (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court, (c) state the name and address of the objecting party and the amount and nature of the Claim against or Interest in the Debtors, (d) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection, and (e) be filed with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for Holders of Claims that are entitled to vote on the Plan to submit ballots accepting or rejecting the Plan is **July 21, 2023, at 5:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, Plan, Plan Supplement, or related documents free of charge, you should contact Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling the Debtors' restructuring hotline at (833) 570-5269 (domestic, toll free) or +1 (646) 440-4773 (international, toll); (b) visiting the Debtors' restructuring website at: https://cases.ra.kroll.com/virginorbit/; and/or (c) sending an email to VirginOrbitInfo@ra.kroll.com (with "Virgin Orbit Solicitation" in the subject line). You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov or free of charge at https://cases.ra.kroll.com/virginorbit/. Please be advised that Kroll is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should object to the Plan.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 14, 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Allison S. Mielke*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Allison S. Mielke (No. 5934)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  rbrady@ycst.com
           mnestor@ycst.com
           kcoyle@ycst.com
           amielke@ycst.com

-and-

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:  jeff.bjork@lw.com

George Klidonas (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Emails: george.klidonas@lw.com
           anu.yerramalli@lw.com
           liza.burton@lw.com

*Counsel for Debtors and Debtors in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 11
                                                        :
VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1]               : Case No. 23-10405 (KBO)
                                                        :
                  Debtors.                              : (Jointly Administered)
                                                        :
------------------------------------------------------- x

## PLAN SUPPLEMENT FOR
## THIRD AMENDED JOINT CHAPTER 11 PLAN OF
## VIRGIN ORBIT HOLDINGS, INC. AND ITS DEBTOR AFFILIATES

### Table of Contents

**Exhibit A**    **Assumed Contracts List**

**Exhibit B**    **List of Retained Causes of Action**

**Exhibit C**    **Identity and Terms of Compensation of the Plan Administrator**

**Exhibit D**    **Plan Administration Agreement**

**Exhibit E**    **Identity and Terms of Compensation of the Litigation Trustee and Litigation Trust Oversight Committee**

**Exhibit F**    **Litigation Trust Agreement**

**Exhibit G**    **Wind-Down Budget**

Certain documents, or portions thereof, contained in this Plan Supplement[2] remain subject to continuing negotiations among the Debtors and other interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date, or any such other date in accordance with the Plan, the Confirmation Order, or any other order of the

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' mailing address for purposes of these cases is 3880 McGowen Street, Long Beach, CA 90808.

[2]    Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the *Third Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (as may be modified, amended, or supplemented from time to time, the "**Plan**").

Bankruptcy Court.  Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan.

[*Remainder of Page Intentionally Left Blank.*]