# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| VIRGIN ORBIT HOLDINGS, INC., *et al.*[1] | ) Case No. 23-10405 KBO |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Re: D.I. ____ |

### ORDER GRANTING MOTION AND REQUEST OF CARTUS CORPORATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

Upon consideration of the Motion and Request of Cartus Corporation ("Cartus") for Allowance and Payment of (I) Administrative Expense Pursuant to 11 U.S.C § 503(b) (1)(A) (the "Motion")[2] and upon any pleadings filed herein; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that adequate and proper notice of the Motion has been provided to all parties entitled to receive same, and good cause having been shown;

IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    Cartus shall have an allowed administrative expense under Bankruptcy Code section 503(b)(a)(1)(A) in the amount of $12,661.06 (the "Allowed Cartus Administrative Claim").

    3.    The Debtors shall pay the Allowed Cartus Administrative Claim in like

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801) ("**VONS**"); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' address, other than Debtor VO-NS, is 4022 East Conant Street, Long Beach, CA 90808. Debtor VO-NS's address is 1960 E. Grand Avenue, El Segundo, CA 90245.

[2] Unless otherwise noted herein, all defined terms shall have the meanings as set forth in the Motion.

manner and at like time as it pays other allowed administrative claims in this case.

4. This Order shall be binding upon, (i) any liquidating trustee, plan administrator, distribution agent and/or any other person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any chapter 11 trustee appointed in these cases; and/or (iii) any chapter 7 trustee appointed or elected in these cases.

5. This Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.