# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1] | Case No. 23-10405 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 604** |

### NOTICE OF (A) ENTRY OF ORDER (A) CONFIRMING THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF VIRGIN ORBIT HOLDINGS, INC. AND ITS DEBTOR AFFILIATES AND (B) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 31, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), entered the order [Docket No. 604] (the "**Confirmation Order**") confirming the *Fifth Amended Joint Chapter 11 Plan or Virgin Orbit Holdings, Inc. and Its Debtor Affiliates* [Docket No. 595-1] (as may be modified, amended, and including all supplements and exhibits thereto, the "**Plan**")[2] (attached as Exhibit A to the Confirmation Order) of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**").[2]

2. **The Effective Date of the Plan occurred on August 2, 2023.**

3. **Administrative Claims Bar Date.** As provided in Article II.A.3 of the Plan, all requests for payment of an Administrative Claim (**including Administrative Claims with respect to liabilities incurred by the Debtors in the ordinary course of business,**[3] but other than DIP Facility Claims, Cure Costs, Professional Fee Claims, postpetition tax claims arising under section 503(b)(1)(D) of the Bankruptcy Code, claims arising under section 503(b)(9) of the Bankruptcy Code, or U.S. Trustee quarterly fees payable pursuant to Article II.D of the Plan) that accrued on or before the Effective Date, must be filed with the Bankruptcy Court and served on the Plan Administrator (Brian Whittman Alvarez & Marsal North America, LLC 540 West Madison Street, Suite 1800 Chicago, IL 60661 Email: bwhittman@alvarezandmarsal.com) **no later than**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' mailing address for purposes of these cases is 251 Little Falls Drive, Wilmington, DE 19808.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

[3] Please note the *Third Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 459] was further revised. *See* Docket Nos. 571, 588, and 595-1. The revisions include, among other things, a requirement that requests for payment of Administrative Claims arising in the ordinary course of business be filed on or before the Administrative Claims Bar Date.

30625658.1

**September 1, 2023** (the "**Administrative Claims Bar Date**"). If a Holder of an Administrative Claim (other than DIP Facility Claims, Cure Costs, Professional Fee Claims, postpetition tax claims arising under section 503(b)(1)(D) of the Bankruptcy Code, claims arising under section 503(b)(9) of the Bankruptcy Code, or U.S. Trustee quarterly fees payable pursuant to Article II.D of the Plan) that is required to, but does not, file and serve a request for payment of such Administrative Claim by the Administrative Claims Bar Date, such Administrative Claim shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, their Estates, the Litigation Trustee, or the Plan Administrator.

4. **Deadline to File Professional Fee Claims.** As provided in Article II.A.2 of the Plan, all final requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred on and after the Petition Date and prior to and on the Effective Date must be Filed **no later than September 18, 2023**. Any party seeking payment of a Professional Fee Claim that arises under sections 503(b)(3), 503(b)(4) or 503(b)(5) of the Bankruptcy Code must File a motion for approval of the same. The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Code, the Bankruptcy Rules, and prior Bankruptcy Court orders.

5. **Deadline to File Rejection Claims.** As provided in Article V.C of the Plan, unless otherwise provided by a Bankruptcy Court order, any Proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases by virtue of the Plan must be **actually received** by the Notice and Claims Agent (Virgin Orbit Holdings, Inc. Claims Processing Center c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412 Brooklyn, NY 11232) **no later than September 1, 2023**. The deadline for Governmental Units to file any such Proofs of Claim shall be **October 2, 2023 at 5:00 p.m. (prevailing Eastern Time)**. Any Proofs of Claim arising from the rejection of the Executory Contracts and Unexpired Leases that are not timely filed shall be forever disallowed and barred, absent order of the Bankruptcy Court to the contrary. All Allowed Claims arising from the rejection of the Executory Contracts and Unexpired Leases shall constitute General Unsecured Claims and shall be treated in accordance with Article III.B of the Plan.

6. **Accessing Documents for These Chapter 11 Cases.** The Confirmation Order, the Plan, and copies of all documents filed in these Chapter 11 Cases are available free of charge by: (a) visiting the Debtors' case website at https://cases.ra.kroll.com/virginorbit; (b) calling (646) 440-4773 (international) or (833) 570-5269 (domestic, toll free); or (c) sending an electronic message to VirginOrbitInfo@ra.kroll.com.

7. **Future Receipt of Documents.** After the Effective Date, the Plan Administrator is authorized to (a) limit the list of Entities receiving documents pursuant to a pre-Effective Date request under Bankruptcy Rule 2002 to those Entities who have filed renewed requests pursuant to Bankruptcy Rule 2002 after the Effective Date, and (b) require that such parties file a renewed request to receive documents pursuant to Bankruptcy Rule 2002 to continue receiving documents.

| | |
|---|---|
| Dated: August 2, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>        mnestor@ycst.com<br>        kcoyle@ycst.com<br>        amielke@ycst.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: jeff.bjork@lw.com<br><br>George Klidonas (admitted *pro hac vice*)<br>Anupama Yerramalli (admitted *pro hac vice*)<br>Liza L. Burton (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Emails: george.klidonas@lw.com<br>         anu.yerramalli@lw.com<br>         liza.burton@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE, PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION LLC BY CALLING (646) 440-4773 (INTERNATIONAL) OR (833) 570-5269 (DOMESTIC, TOLL FREE)**

30625658.1