## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
VIRGIN ORBIT HOLDINGS, INC., et al.,¹                   :    Case No. 23-10405 (KBO)
                                                        :
                Debtors.                                :    (Jointly Administered)
                                                        :
                                                        :    Ref. Docket No. 736
------------------------------------------------------- x
```

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 736

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Fifth (5th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 736] (the "**Objection**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on November 6, 2023.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Objection appears thereon.  Responses to the Objection were to be filed and served by 4:00 p.m. (ET) on November 20, 2023.  As no responses to the Objection have been received, it is hereby respectfully requested that the proposed order attached to the Objection be entered at the earliest convenience of the Court.

*[Signature page follows]*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445).  The Debtors' mailing address for purposes of these cases is 251 Little Falls Drive, Wilmington, DE 19808.

Dated:  November 21, 2023
        Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*

Robert Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Allison S. Mielke (No. 5934)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  rbrady@ycst.com
        mnestor@ycst.com
        kcoyle@ycst.com
        amielke@ycst.com

*Counsel for the Post-Effective Date Debtors*

30994217.1